FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

DEC - 1 2014

MATTHEW J. DYKMAN
CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

EVAN R. APPLEGATE,

    Plaintiff,

v.

CIV 14CV0093 JAP/KBM

CAROLYN W. COLVIN,
Acting Commissioner of Social Security,

    Defendant.

## ORDER ADOPTING CHIEF MAGISTRATE JUDGE'S PROPOSED FINDINGS AND RECOMMENDED DISPOSITION

The Chief Magistrate Judge filed her Proposed Findings and Recommended Disposition on November 4, 2014. *See 18.* The proposed findings notify the parties of their ability to file objections and that failure to do so waives appellate review. To-date, neither party has filed objections.

Wherefore,

**IT IS HEREBY ORDERED AS FOLLOWS:**

1. The Chief Magistrate Judge's Proposed Findings and Recommended Disposition *(Doc. 18)* is ADOPTED;

2. Defendant's motion to dismiss *(Doc. 12)* is denied.

_____
SENIOR UNITED STATES DISTRICT JUDGE