IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

EVAN R. APPLEGATE,

        Plaintiff,

v.                                                               CIV 14-0093 JAP/KBM

CAROLYN W. COLVIN,
Acting Commissioner of Social Security,

        Defendant.

## ORDER ADOPTING CHIEF MAGISTRATE JUDGE'S PROPOSED FINDINGS AND RECOMMENDED DISPOSITION

The Chief Magistrate Judge filed her Proposed Findings and Recommended Disposition on September 18, 2015.  *See 36.*  The proposed findings notify the parties of their ability to file objections and that failure to do so waives appellate review.  To-date, neither party has filed objections.

Wherefore,

**IT IS HEREBY ORDERED AS FOLLOWS:**

1.     The Chief Magistrate Judge's Proposed Findings and Recommended Disposition *(Doc. 36)* is ADOPTED;

2.     Plaintiff's Motion to Remand *(Doc. 27)* is granted; and

4.     A final order is entered concurrently herewith.

*/s/ James A. Parker*
SENIOR UNITED STATES DISTRICT JUDGE